_Charles M. Walker_
Charles M. Walker
U.S. Bankruptcy Judge
 Dated: 1/25/2019



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-08186 |
| | ) | CHAPTER 7 |
| KIMBERLY WAYNE MONKS | ) | JUDGE WALKER |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| REPUBLIC FINANCE | ) | |
| | ) | |
| Secured Claimant | ) | |

**Affected Collateral:** <u>Troybilt riding lawn mower; Remington 12 gauge shotgun; Wyndon M-4 semi-automatic rifle; Schecter S-1 Elite guitar; Fender Highway One Telecaster guitar; Reverend Thunderson bass guitar; Fender Rumbler bass amplifier; Vox AC-30 amplifier; Willydog hot dog cart</u>

## AGREED ORDER GRANTING RELIEF FROM THE
## AUTOMATIC STAY AND ABANDONING PROPERTY

The parties have agreed to abandonment of the property listed above from the estate, and grant the secured party relief from the automatic stay provisions of 11 U.S.C. §362 in order to enforce the provisions of the security agreement between the secured creditor and the debtor(s).

The trustee, by signing this agreed order, hereby abandons the property listed above as burdensome or inconsequential value to the estate pursuant to 11 U.S.C. §554. (Notice of this abandonment is not required, pursuant to Local Rule No. 6007-1, since the equity to estate in the asset(s) being abandoned is less than $1,000 per item and less than $2,500 in the aggregate).

IT IS THEREFORE ORDERED, that the automatic stay of 11 U.S.C. §362 be and is hereby terminated as to secured creditor, and that said creditor is hereby authorized to take possession and dispose of the above-described property in accordance with its contract with the debtor(s) and applicable law. Any objection to this agreed order must be filed within 14 days of the entry of the order.

IT IS FURTHER ORDERED that the Trustee, by and through his signature below, hereby abandons the actual property which is subject to the security interest of the secured claimant, and further abandons the proceeds from the sale of said property, but only to the extent of the amount of the secured claim; in the event there are any surplus funds, or if the sale of the property results in funds in excess of the amount of the secured claim, then said excess proceeds shall continue to

be property of the bankruptcy estate, are not abandoned herein, and shall be turned over to the Trustee by the secured claimant.

**IT IS SO ORDERED.**

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

/s/Jay Lefkovitz
Attorney for Debtor(s), Jay Lefkovitz
LAW OFFICES OF LEFKOVITZ & LEFKOVITZ
618 Church St. Ste. 410
Nashville, TN 37219
(615) 256-8300
(615) 255-4516 Fax
slefkovitz@lefkovitz.com

/s/Robert H. Waldschmidt
Trustee, Robert H. Waldschmidt
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020
(615) 259-2179 Fax
rhw@rhwlawoffice.com

/s/Kevin J. Jones
KEVIN J. JONES, Attorney for Secured Creditor
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
Fax 615-383-6006
kevin@kjjlaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.